```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J05-0013--CV (RRB)
              "DAVID C. KNIGHT ET AL V LINDA M. ZIEGLER"

       Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/26/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (350) Motor vehicle
                     28 USC 1332(A)(1), 28:1441
             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $250.00 on 09/26/05 receipt # 10096951
           Trial by: Jury


Parties of Record:                          Counsel of Record:

PLF 1.1           KNIGHT, DAVID C.            T.G. Batchelor
                                              Batchelor & Associates
                                              9000 Glacier Hwy, #303
                                              Juneau, AK 99801
                                              907-586-9455

PLF 2.1           KNIGHT, EMMA                T.G. Batchelor
                                              (see above)

DEF 1.1           ZIEGLER, LINDA M.           Sheldon E. Winters
                                              Lessmeier & Winters
                                              3000 Vintage Boulevard, Ste 100
                                              Juneau, AK 99801
                                              907-796-4999
                                              FAX 907-796-4998
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J05-0013--CV (RRB)
                               "DAVID C. KNIGHT ET AL V LINDA M. ZIEGLER"

                                          For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/26/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (350) Motor vehicle
                    28 USC 1332(A)(1), 28:1441
            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 09/26/05 receipt # 10096951
          Trial by: Jury


Document #   Filed      Docket text

   1 -   1   09/26/05   DEF 1 Notice of Removal w/prop order. (1JU-04-00929 CI)

   2 -   1   09/26/05   DEF 1 Jury Demand.

   3 -   1   09/26/05   DEF 1 Attorney Appearance by Sheldon Winters.

   4 -   1   09/26/05   DEF 1 Answer to Complaint.

   5 -   1   10/05/05   RRB Minute Order to petitioner subsequent to removal. cc: cnsl

   6 -   1   10/06/05   PLF 1-2 motion and memorandum for order to remand action to state court
                        w/att exh.

   9 -   1   10/10/05   DEF 1 Service List.

   7 -   1   10/11/05   DEF 1 Notice of filing state court records.

   8 -   1   10/11/05   DEF 1 State superior court records.

  10 -   1   10/17/05   DEF 1 opposition to PLF 1-2 motion and memorandum for order to remand
                        action to state court w/att exh. (6-1)

  11 -   1   10/17/05   DEF 1 Notice of filing faxed L. Zeigler affidavit at 10-1.

  12 -   1   10/20/05   PLF 1-2 reply to opposition to PLF 1-2 motion and memorandum for order
                        to remand action to state court. (6-1)

  13 -   1   10/25/05   DEF 1 original Zeigler signature re: Opposition to PLF 1-2 motion for
                        order to remand action to state court. (6-1)

  14 -   1   11/23/05   RRB Minute Order denying motion for order to remand (6-1); neither party
                        is awarded fees or costs. cc: cnsl

  15 -   1   11/30/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl



ACRS: R_VDSDX              As of 12/01/05 at 3:59 PM by GARRY                          Page 1
```