Sheldon E. Winters
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK 99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

**FILED**

DEC 22 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT and EMMA KNIGHT,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LINDA M. ZIEGLER,<br><br>　　　　　Defendant. | Case No. J05-0013 CV (RRB)<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.　**Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on December 21, 2005, and was attended by:

　　Tom Batchelor　　　　attorney for plaintiffs David C. Knight and Emma Knight

　　Sheldon E. Winters　　attorney for defendant Linda M. Ziegler

The parties recommend the following:

2.　**Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

　　_____ have been exchanged by the parties

　　__X__ will be exchanged by the parties by January 9, 2006.

　　Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

　　Preliminary witness lists

*Scheduling and Planning Conference Report*
*Knight v. Ziegler; Case No. J05-0013 CV (RRB)*　　　　　Page 1 of 5

      _____ have been exchanged by the parties

      \_X\_ will be exchanged by the parties by May 15, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    1. Damages.

    2. Causation.

    3. Affirmative defenses.

4. **Discovery Plan** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

      1. Damages.

      2. Causation.

      3. Affirmative defenses.

    B. All discovery commenced in time to be completed by December 15, 2006. ("discovery close date").

    C. Limitations on Discovery.

      1. Interrogatories

         \_X\_ No change from F.R.Civ.P. 33(a)

         \_\_\_\_\_ Maximum of \_\_\_\_\_ by each party to any other party.

         Responses due in \_\_\_\_\_ days.

      2. Requests for Admissions.

         \_X\_ No change from F.R.Civ.P. 36(a).

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

_____ Maximum of _____ requests.

Responses due in _____ days.

3. Depositions.

__X__ No change from F.R.Civ.P. 36(a), (d).

_____ Maximum of _____ depositions by each party.

Depositions not to exceed _____ hours unless agreed to by all parties.

D. Reports from retained experts.

_____ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

__X__ Reports due:

From plaintiff August 15, 2006.    From defendant September 15, 2006.

E. Supplementation of disclosures and discovery responses are to be made:

_____ Periodically at 60-day intervals from the entry of scheduling and planning order.

__X__ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

__X__ 45 days prior to the close of discovery.

_____ Not later than (*insert date*)

5. **Pretrial Motions.**

*Scheduling and Planning Conference Report*
*Knight v. Ziegler; Case No. J05-0013 CV (RRB)*                    Page 3 of 5

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

__X__ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than ( *insert date*).

_____ Motions under the discovery rules must be filed not later than (*insert date*).

_____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions:**

   A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

   _____ The parties request a scheduling conference with the court on the following issue(s):

   (*Insert issues on which a conference is requested*)

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   _____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   __X__ The parties will file a request for alternative dispute resolution not later than August 15, 2006.

   __X__ Mediation     _____ Early Neutral Evaluation

   C. The parties _____ do __X__ not consent to trial before a magistrate judge.

*Scheduling and Planning Conference Report*
*Knight v. Ziegler; Case No. J05-0013 CV (RRB)*                         Page 4 of 5

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   _____ All parties have complied   __X__ Compliance not required by any party

7. **Trial**.

   A. The matter will be ready for trial:

   __X__ 45 days after the discovery close date.

   _____not later than (*insert date*).

   B. This matter is expected to take __7__ days to try.

   C. Jury Demanded __X__ Yes \_\_\_\_\_No

   Right to jury trial disputed? \_\_\_\_\_Yes __X__No

Dated: 12/21/05         *[signature]*
                        Tom Batchelor, Attorney for Plaintiffs

Dated: 12/22/05         *[signature]*
                        Sheldon E. Winters, Attorney for Defendant

0015-105 PTConfRpt.wpd

*Scheduling and Planning Conference Report*
*Knight v. Ziegler; Case No. J05-0013 CV (RRB)*                Page 5 of 5