Tom G. Batchelor & Associates
BATCHELOR & ASSOCIATES
9000 Glacier Highway, Suite 3003
Juneau, AK 99801
907/586-9455; FX: 907/463-3603
bpatom@gci.net
Attorney for Plaintiffs

RECEIVED
FEB - 1 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT )
And )
EMMA KNIGHT, )    Case No. .: J05-0013 CV (RRB)
 )
  Plaintiffs, )
 )
  v. )
 )
LINDA M. ZIEGLER, )
 )
  Defendant. )
_____ )

**MOTION AND MEMORANDUM TO AMEND COMPLAINT**

Plaintiffs move the court for a leave to file the attached First Amended Complaint in the above captioned matter.

The Amended Complaint adds subsequently acquired information concerning the current residences of the parties for jurisdictional purposes, corrects some typographical errors in the original complaint and clarifies the individual claims of each plaintiff, which were previously asserted collectively.

DATED this 1st day of February 2006.

BATCHELOR & ASSOCIATES, P.C.

By: _____
T.G. Batchelor, Attorney for Plaintiffs
AK Bar No. 7510057

*Motion and Memorandum to Amend Complaint*
*Knights v. Ziegler; Case No. J05-0013 CV (RRB)*                    Page 1 of 2

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of February 2006, I caused a copy of the foregoing, attached proposed First Amended Complaint and proposed form of Order to be mailed to:

Mr. Sheldon Winters, Esq.
Lessmeier & Winters
3000 Vintage Boulevard, Suite 100
Juneau, AK 99801

_Lindsey A. Bradley_
Lindsey A. Bradley

LAW OFFICES
BATCHELOR & ASSOCIATES
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603