LODGED
FEB - 1 2006

1 Tom G. Batchelor & Associates
BATCHELOR & ASSOCIATES
2 9000 Glacier Highway, Suite 3003
3 Juneau, AK 99801
907/586-9455; FX: 907/463-3603
4 bpatom@gci.net
5 Attorney for Plaintiffs

6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ALASKA AT JUNEAU

8  DAVID C. KNIGHT              )
   And                          )
9  EMMA KNIGHT,                 )   Case No. .: J05-0013 CV (RRB)
10                              )
           Plaintiffs,          )
11                              )
12      v.                      )
                                )
13 LINDA M. ZIEGLER,            )
14                              )
           Defendant.           )
15 _____)

16                          **ORDER**

17    Plaintiffs having moved the court for leave to file plaintiffs' First Amended

18 Complaint, and having reviewed the submissions of the parties and being advised in the

19 premises,

20    IT IS SO ORDERED.

21    DATED this ___ day of February 2006.

22
23
24                         By: _____
25                             RALPH R. BEISTLINE
                               UNITED STATES DISTRICT JUDGE
26
27

LAW OFFICES
BATCHELOR & ASSOCIATES
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603