Sheldon E. Winters, AK Bar #8511209
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK  99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT and<br>EMMA KNIGHT,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LINDA M. ZIEGLER,<br><br>            Defendant. | Case No.  J05-0013 CV (RRB)<br><br>**NON-OPPOSITION TO MOTION<br>TO AMEND COMPLAINT** |

COMES NOW defendant, and hereby states that she does not oppose plaintiffs' motion to amend complaint dated February 1, 2006.

DATED this 3rd day of February, 2006, at Juneau, Alaska.

                                              LESSMEIER & WINTERS
                                              Attorneys for Defendant

                                       By: /S/ Sheldon E. Winters
                                              Sheldon E. Winters, AK Bar 8511209
                                              Attorneys for Defendant

The undersigned hereby certifies that on the 3rd of February, 2006, a copy of the foregoing document was mailed to the following attorneys of record:

Tom Batchelor, Esq.
Batchelor & Associates
9000 Glacier Highway, Suite 303
Juneau, Alaska  99801

/S/ Sheldon E. Winters
0015-105 Non-OppMotionAmend.wpd