LODGED
FEB - 1 2006

Tom G. Batchelor & Associates
BATCHELOR & ASSOCIATES
9000 Glacier Highway, Suite 3003
Juneau, AK 99801
907/586-9455; FX: 907/463-3603
bpatom@gci.net
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT
And
EMMA KNIGHT,

    Plaintiffs,

v.

LINDA M. ZIEGLER,

    Defendant.

Case No.: J05-0013 CV (RRB)

**ORDER**

Plaintiffs having moved the court for leave to file plaintiffs' First Amended Complaint, and having reviewed the submissions of the parties and being advised in the premises,

IT IS SO ORDERED.

DATED this ___ day of February 2006.

By: _____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Order
Knights v. Ziegler; Case No. J05-0013 CV (RRB)    Page 1 of 1