Tom G. Batchelor & Associates
BATCHELOR & ASSOCIATES
9000 Glacier Highway, Suite 3003
Juneau, AK 99801
907/586-9455; FX: 907/463-3603
bpatom@gci.net
Attorney for Plaintiffs

LODGED
FEB - 1 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT )
And )
EMMA KNIGHT, ) Case No. .: J05-0013 CV (RRB)
 )
      Plaintiffs, )
 )
v. )
 )
LINDA M. ZIEGLER, )
 )
      Defendant. )
_____ )

### FIRST AMENDED COMPLAINT

Plaintiffs, by and through their attorney, Batchelor & Associates, P.C. submit the following First Amended Complaint against Defendant:

   1.   At all times relevant to the events forming the basis of this complaint Plaintiffs DAVID KNIGHT and EMMA KNIGHT were residents of Juneau Alaska. As a result of the circumstances resulting from the accident described below, plaintiffs have relocated and have been forced to leave their established home and now reside in the State of Idaho.

   2.   At all times relevant to the events which form the basis of this complaint Defendant LINDA M. ZIEGLER was a resident of Juneau Alaska. On information and belief, Defendant LINDA M. ZIEGLER is now a resident of the state of Wisconsin.

3. On or about December 23, 2002, Plaintiff DAVID KNIGHT was driving outbound on Egan Drive in the City and Borough of Juneau, Alaska. Defendant LINDA M. ZIEGLER, while driving inbound on Egan Drive, negligently turned her vehicle in front of the on-coming vehicle driven by Plaintiff DAVID KNIGHT and was too close for Plaintiff DAVID KNIGHT to evade or avoid collision and the vehicles collided.

4. The negligence of Defendant LINDA M. ZIEGLER was the direct and proximate cause of this collision and the injuries and damages resulting from it.

5. As a direct and proximate cause of Defendant LINDA M. ZIEGLER's negligence, Plaintiff DAVID KNIGHT suffered physical and mental injury, the negligent infliction of emotional distress, physical impairment, property damage, past and future medical expenses, past and future lost income, impaired earning capacity, past and future pain and suffering and loss of the enjoyment of life and the loss of the care, comfort and companionship of his wife and family members, resulting in damages in excess of $100,000, the exact amount to be proven at trial.

6. As a direct and proximate cause of Defendant LINDA M. ZIEGLER'S negligence, Plaintiff EMMA KNIGHT has suffered the negligent infliction of emotional distress, loss of the care, comfort and companionship of her husband, past and future loss of income, pain, suffering and loss of enjoyment of life resulting in damages in excess of $100,000, the exact amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for judgment against Defendant as follows:

1. For each plaintiff, economic damages for past and future loss of income and benefits, past and future medical expenses, and property damage in an amount in excess of $100,000 each, the exact amount to be proven at trial.

2. For each plaintiff, non-economic damages for pain, suffering, loss of familial consortium and loss of enjoyment of life in an amount in excess of $100,000 each, the exact amount to be proven at trial.

3. For prejudgment interest, postjudgment interest, costs and attorneys' fees; and

4. For such further and additional relief as the court may deem just and proper in the circumstances.

DATED this 1st day of February 2006.

BATCHELOR & ASSOCIATES, P.C.

By: *T.G. Batchelor*
T.G. Batchelor, Attorney for Plaintiffs
AK Bar No. 7510057