Sheldon E. Winters, AK Bar #8511209
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK  99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT and EMMA KNIGHT,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>LINDA M. ZIEGLER,<br><br>                    Defendant. | Case No.  J05-0013 CV (RRB)<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant LINDA M. ZIEGLER, by and through her attorneys of record, hereby answers plaintiffs' First Amended Complaint as follows:

1.   Admit only that at the time of the accident, plaintiffs were residents of Juneau.  Otherwise, denied.

2.   Admit only that at the time of the accident LINDA M. ZIEGLER was a resident of Juneau, Alaska, and since has moved to become a resident of the state of Wisconsin.  Otherwise denied.

3.   Defendant ZIEGLER does not have sufficient information on which to admit or deny the allegations regarding plaintiff's conduct.  Defendant ZIEGLER admits only that she was driving toward town on Egan Drive, that she turned across the outbound lane, that an accident ensued and that MS. ZIEGLER was negligent in doing so.  All other allegations denied.

4.   Admit only that the negligence of defendant LINDA ZIEGLER was a

direct and proximate cause of this collision – denied that all of plaintiffs' claimed injuries were caused or resulted from this accident.

5.    Denied.

6.    Denied.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs' damages must be apportioned in accordance with AS 09.17.080.

2.    Plaintiffs' damages, if any, are limited to the extent provided in AS 09.17.010 et seq.

3.    Plaintiffs' injuries were caused in whole or in part by their own negligence.

4.    Plaintiffs have failed to mitigate their damages.

WHEREFORE, defendant prays for the following relief:

1.    Dismissal of plaintiffs' Complaint with prejudice;

2.    The costs and attorney's fees incurred in defense of this matter; and

3.    Such further and other relief as the court deems just and equitable.

DATED this 6th day of February, 2006, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant

By:  /S/ Sheldon E. Winters
Sheldon E. Winters, AK Bar 8511209
Attorneys for Defendant

The undersigned hereby certifies that on the 6th of February, 2006, a copy of the foregoing document was mailed to the following attorneys of record:

Tom Batchelor, Esq.
Batchelor & Associates
9000 Glacier Highway, Suite 303
Juneau, Alaska  99801

/S/ Sheldon E. Winters
0015-105 Ans1stAmendComplnt.wpd

*Answer to First Amended Complaint*
*Knight v. Ziegler; Case No. J05-0013 CV (RRB)*                    Page 2 of  2