IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT<br>And<br>EMMA KNIGHT,<br><br>            Plaintiffs,<br><br>     v.<br><br>LINDA M. ZIEGLER,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J05-00013-CV-RRB |

PLAINTIFFS' EXPERT WITNESS LIST

Plaintiffs designate the following witnesses who may be called to testify as experts at trial:

1. Gregg Erickson
   Erickson & Associates
   PO Box 21124
   Juneau, AK 99802-1124
   (907) 586-1290

Mr. Erickson may be expected to testify concerning his analysis of the Plaintiffs' economic losses.

2. Treating physicians and care providers of David and/or Emma Knight may be called upon to offer expert opinion testimony in addition to factual evidence. Additional care providers identified through the course of discovery or investigation may also be called upon to offer expert opinion testimony.

3. Rebuttal experts as necessary to respond to experts called by Defendant.

LAW OFFICES
BATCHELOR & ASSOCIATES
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603

DATED this 14th day of July 2006.

                    BATCHELOR & ASSOCIATES, P.C.

By:   /s/ T.G. Batchelor
      T.G. Batchelor, Attorney for Plaintiffs
      Batchelor & Associates, P.C.
      9000 Glacier Highway, Suite 303
      Juneau, AK 99801
      Phone: (907) 586-9455
      Fax: (907) 463-3603
      E-mail: bpatom@gci.net
      Alaska Bar No. 7510057

**CERTIFICATE OF SERVICE**

DATED this 14th day of July 2006. I hereby certify that a copy of the foregoing Plaintiffs' Expert Witness List was served electronically on the following attorneys of record:

Mr. Sheldon E. Winters
LESSMEIER & WINTERS
3000 Vintage Boulevard, Suite 100
Juneau, AK 99801


By:   /s/ T.G. Batchelor
      T.G. Batchelor