Sheldon E. Winters, AK Bar #8511209
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK  99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT and EMMA KNIGHT,<br><br>                Plaintiffs,<br><br>       vs.<br><br>LINDA M. ZIEGLER,<br><br>                Defendant. | Case No.  J05-0013 CV (RRB)<br><br>**MOTION TO AMEND SCHEDULING & PLANNING ORDER, ALTERNATIVELY, REQUEST FOR DISCOVERY CONFERENCE [UNOPPOSED]** |

Pursuant to D.Ak. LR 16.1, defendant moves for amendment of the Scheduling & Planning Order.  Alternatively defendant requests a discovery conference. Plaintiffs have indicated they do not oppose amending the scheduling order or a discovery conference.  This motion is supported by the Memorandum filed concurrently.

DATED this 15th day of September, 2006, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant

By: /S/ Sheldon E. Winters
    Sheldon E. Winters, AK Bar 8511209
    Attorneys for Defendant

The undersigned hereby certifies that on the 15th of September, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Tom Batchelor, Esq.
Batchelor & Associates
9000 Glacier Highway, Suite 303
Juneau, Alaska  99801

/s/ Sheldon E. Winters
0015-105 LW-MotionAmend&SchedConf.wpd