Lessmeier & Winters

JUL 1 0 2006

RECEIVED

Sheldon E. Winters
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK  99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT and
EMMA KNIGHT,

                 Plaintiffs,

vs.

LINDA M. ZIEGLER,

                 Defendant.

Case No.  J05-0013 CV (RRB)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFFS**

The defendant, Linda M. Ziegler, pursuant to Alaska Rules of Civil Procedure, Rule 33, submits the following interrogatories to plaintiffs, David C. Knight and Emma Knight, to be answered under oath within thirty (30) days of service hereof.

<u>Introductory Instructions</u>

Please keep the following definitions and instructions in mind when answering the questions:

**If there are any answers or partial answers to an interrogatory that would be answered in any way different for the separate plaintiffs, please identify which part of the interrogatory is answered with respect to which plaintiff.  For example if David Knight claims injuries or damages differently than Emma Knight, please answer the interrogatory separately and identify which part of the answer applies to which plaintiff.**

a.    When a question is asked concerning any "statement" by you or anyone else, the term is intended to apply to any communication regardless of form.

Exhibit 4
Page 1 of 23

Statements may be oral, written, taped, to a stenographer, etc.

b.     When a question is asked of you, such as "what did you do" or "do you know" or "do you have in your possession," it is intended that you also answer with respect to your attorney and anyone else acting on you or your attorney's behalf.

c.     When a question is asked about a "physician," it is intended that the term apply to <u>any</u> medical practitioner, such as a medical doctor, osteopath, psychiatrist, dentist, physician's assistant, nurse, paramedic, therapist, chiropractor, etc.

d.     When a question is asked a "medical facility," the term is intended to apply to <u>any</u> medical facility, such as a hospital, clinic, sanitarium, nursing home, first aid station, etc.

## **Interrogatories**

1.     Please list in as much detail as possible each of the injury or injuries you allege you suffered as a result of the incident referred to in your Complaint. By "in detail" it is intended that you explain the extent and nature of any disability and/or impairment and the location, duration, and intensity of any pain suffered, any continuing or permanent disability effect on normal activities and on ability to earn wages or salary.

ANSWER:

*Injuries Suffered / David*

| | |
|---|---|
| Left Wrist. | Left Thumb. |
| Broken 9th Rib. | Concussion. |
| Post Concussion Syndrome. | Whiplash – Strain / Sprain of Neck. |
| Abdomen – Seat Belt trauma | Right Forearm. |
| Right Shoulder. | Upper and Lower Back Trauma. |
| Severe Depression. | Loss of Bladder Control. |
| Left Ankle. | Left Achilles tendon. |
| Left Leg. | Left Knee. |
| Left Hip. | Left Shoulder. |
| Right Leg. | Right Knee. |
| Left and Right Sinuses. | Muscular Atrophy and Weight Gain. |
| Medication Side Effects. | Pain and Suffering. |

Exhibit *A*
ne *2* of 23

*Injuries Suffered / Emma*

> Stress / Mental Health Issues.
> Pain and Suffering. / loss of enjoyment of life/ loss of consortium

*Detailed Summary of Injuries / David*

- **Severe Sprain – Navicular Damage / Left Wrist** – Prior to the accident, David's left wrist had been seriously injured (fractured) during active duty service in the military. This misdiagnosed and untreated injury caused minor sporadic pain and swelling with prolonged use throughout the period of his military discharge through the date of the accident, and the wrist remained fully functional. David's left wrist and hand were locked in place on the steering wheel of the vehicle he was driving throughout the impact sequence of the accident. David's left wrist was thus severely traumatized, causing extreme pain, swelling and loss of function and mobility as the direct result of the accident. Medical care providers were uncertain if the wrist had actually been fractured again during the accident due to the joint's preexisting condition as revealed by x-ray. Although the wrist was immobilized and placed in a cast twice for several weeks duration after the accident, the official diagnosis was that the wrist had been seriously sprained and the navicular area of the wrist "stirred up". The wrist remained in severe pain with major swelling and an accelerated progressive loss of mobility after the accident. The condition of the wrist continues to deteriorate rapidly, with continual severe pain and swelling occurring in and around the joint on a daily basis. Per medical opinion, David's only option at this time is to have the wrist surgically fused with no guarantee of pain reduction. The condition of the wrist with or without surgery will render David permanently disabled. The condition of the wrist severely inhibits David's ability to function in the workplace, play drums or conduct any normal or recreational activity which requires use of the left hand. Major trauma resulting from the accident has served to accelerate the deterioration process of the wrist.

- **Left Thumb -** David's left thumb was depressed around the steering wheel of the vehicle he was driving throughout the impact sequence of the accident. David thus suffered major trauma and subsequent pain to his left thumb as the result of the accident. Prior to the accident, David's thumb was not injured. After the accident David experienced extreme pain, swelling and loss of mobility in and around the thumb. This condition persisted for several weeks and then began to subside with time. Residual pain upon movement of the thumb joint remains. The condition of David's thumb hampers his ability to function in the workplace or conduct normal as well as recreational activities.

- **Broken 9th Rib** – David's ribs were constricted by seatbelt restraint throughout the impact sequence of the accident. David's rib was thus fractured as the direct

Exhibit ___A___
page___3___of___23___

result of the accident causing severe pain and loss of mobility. This injury in and of itself continued to be extremely painful on a daily basis for weeks until the rib healed. But in addition to the regular pain an individual would endure due to a rib fracture, David was forced to endure excruciating pain to the injured rib area due to the effects of coughing violently while recovering from pneumonia.

- **Concussion / Post Concussion Syndrome** – David's head was thrown violently forward and then backward into the headrest of his vehicle during the impact sequence of the accident. David thus suffered a concussion and post concussion syndrome as the direct result of the accident. These injuries initially rendered him extremely dizzy, unstable and mentally disoriented as well as suffering severe head pain. Immediately following the accident, David began suffering short term memory loss, almost daily severe headaches, continued mental disorientation, dizziness, and loss of mental function. He has and continues to suffer these symptoms on a daily basis through the present time. The prolonged effects of the concussion have rendered David unable to work in any capacity requiring acute mental stability. Additionally, the prolonged effects of the concussion have rendered David unable to fully participate in normal and recreational activities to the extent he did prior to the accident.

- **Whiplash / Strain and Sprain to the Neck** – David's neck was thrown violently forward and then backward into the headrest of his vehicle during the impact sequence of the accident. David thus suffered a whiplash with severe strain and sprain to the neck as the direct result of the accident. These injuries caused David severe daily pain as well as stiffness for several weeks following the accident. This daily pain has subsided over time and now occurs on an intermittent basis (2-3 times per week). Ongoing intermittent neck pain inhibits David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities.

- **Abdomen** - Due to the violent thrust forward and then backward against seat belt restraint, David suffered severe pain in the abdomen as the direct result of the accident. Prior to the accident, David had experienced pain in the abdomen on a regular basis due to Irritable Bowel Syndrome and had undergone an endoscopy, a colonoscopy and gall bladder surgery. After the accident, he began to experience even more severe pain in the abdomen and his irritable bowel situation progressively worsened. He subsequently underwent intestinal surgery. David's stomach pain and Irritable Bowel Syndrome continued to persist after surgery. This abdomen pain and Irritable Bowel Syndrome severely inhibit David's ability to function in the workplace as well as conduct normal and recreational activities. As a direct result of the accident, David's preexisting condition involving the abdomen was worsened and continues to persist.

Exhibit ___A___
page ___4___ of _23_

- **Right Forearm -** David's right hand and arm were locked in place on the steering wheel of the vehicle he was driving throughout the impact sequence of the accident. He thus experienced major trauma and pain to his forearm as a direct result of the accident. This pain persisted for several weeks after the accident and slowly subsided with time. Initially, the injury hampered David's ability to function in the workplace and conduct normal as well as recreational activities. This injury healed with time and has not been a continuous medical problem.

- **Right Shoulder -** David's right hand, arm and shoulder were locked in place on the steering wheel of the vehicle he was driving during the impact sequence of the accident. He thus experienced major trauma and pain to his shoulder as a direct result of the accident. This pain persisted for several weeks after the accident and slowly subsided with time. Initially, the injury hampered David's ability to function in the workplace and conduct normal as well as recreational activities. This injury healed with time and has not been a continuous medical problem.

- **Upper and Lower Back** – David's body was thrown violently forward and then backward during the impact sequence of the accident. David thus suffered major trauma and subsequent severe pain to the upper and lower back as the direct result of the accident. Prior to the accident, David had experienced intermittent minor back pain due to the long term effects of injuries to his legs incurred during active duty service in the military. After the accident, David began to suffer constant severe upper and lower back pain and an increasing loss of mobility. This condition persisted and has grown much worse since the accident. The post accident condition of David's back severely prohibits him from conducting normal as well as recreational activities to the extent he did prior to the accident. Back pain and loss of mobility severely inhibit David's ability to perform essential functions in the workplace. Surgery of the back has been recommended by an orthopedic surgeon, and is currently being considered. The long term repercussions of David's back condition and pending surgery cannot be fully determined at this time. Major trauma resulting from the accident not only served to injure David's back but also served to accelerate the deterioration process of his preexisting back condition.

- **Severe Depression** – David suffered multiple injuries to his body as well as major trauma to preexisting medical conditions as the direct result of the accident. The long term psychological effects stemming from these injuries and the trauma to preexisting medical conditions has been substantial. Prior to the accident, David suffered intermittent bouts of minor depression throughout his adult life. This depressive condition had been treated and controlled with medication thus resulting in David's ability to retain normal function at both home and in the workplace. After the accident, David rapidly fell into a state of deep depression due to intense pain, loss of mobility, and loss of quality of life. He became isolated, unresponsive to his surroundings, angry, and despondent. He became

*Plaintiff's Response to Defendant's First Interrogatories*          *Page 5 of 38*

uncaring regarding his future and the future of his loved ones. His ability to function as an "outstanding" employee and responsive and supportive father and spouse became dramatically affected. David's quality of life progressively diminished as he became unable to participate in activities or enjoy his surroundings as he did in the past. This deteriorating mental process continued and became increasingly worse with David threatening suicide on a regular basis. At present, David remains predominately housebound and unable to work due to the status of his physical and mental health. David's psychiatrist recently stated that due to his mental health situation, he will remain permanently disabled and will never be capable of gainful employment again. Major trauma resulting from the accident has served to render David permanently mentally disabled.

- **Loss of Bladder Control** – Due to the violent thrust forward and then backward against seat belt restraint of the back, David suffered a loss of bladder control as the direct result of the accident. Prior to the accident David had never experienced a major problem with bladder control. After the accident, he experienced and continues to experience severe bladder control issues which are progressively worsening. Loss of bladder control inhibits David's ability to function in the workplace as well as conduct normal and recreational activities. As a direct result of the accident, David experienced and continues to experience major bladder control issues which are progressively worsening.

- **Left Ankle** – David's left ankle was locked in place depressing the clutch of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his left ankle as the result of the accident. Prior to the accident, David had injured the ankle while serving on active duty status in the military. Deterioration of the joint had thus occurred over time, and he experienced intermittent pain and swelling in the ankle. After the accident David experienced major pain and swelling in and around the joint and a progressive loss of mobility. This condition has persisted. The pain, swelling and progressive loss of mobility inhibit David's ability to perform essential duties of employment and conduct normal as well as recreational activities.

- **Left Achilles Tendon** - David's left Achilles tendon and ankle were locked in place depressing the clutch of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his Achilles tendon as the direct result of the accident. Prior to the accident, David had ruptured his Achilles tendon while serving on active duty service status in the military. Deterioration of the tendon had thus occurred over time, and he experienced intermittent moderate pain and swelling of the Achilles. After the accident, David experienced and continues to experience major pain and swelling in and around the Achilles tendon and a progressive loss of mobility. This pain, swelling and loss of mobility inhibit David's ability to perform essential duties of employment and conduct normal as well as recreational activities. As a direct result of the

accident, major pain, swelling and an accelerated deterioration process involving the left Achilles tendon have occurred and continue to occur.

- **Left Leg** - David's left leg was locked in place depressing the clutch of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his left leg as the direct result of the accident. Prior to the accident, David had fractured his left leg while serving on active duty status in the military. Residual deterioration of the leg had thus occurred over time, and he experienced intermittent moderate pain in the leg. After the accident, David experienced and continues to experience major pain and a progressive loss of mobility in the left leg. This pain and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, major pain and an accelerated deterioration process involving the left leg have occurred and continue to occur.

- **Left Knee** - David's left leg and knee were locked in place depressing the clutch of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his left knee as the direct result of the accident. Prior to the accident, David had injured his left knee while serving on active duty status in the military. Residual deterioration of the knee had thus occurred over time, and he experienced intermittent moderate pain and swelling in the knee. After the accident, David experienced and continues to experience severe pain, swelling and a progressive loss of mobility in the left knee. This pain and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, severe pain and an accelerated deterioration process involving the left knee have occurred and continue to occur.

- **Left Hip** - David's left hip was locked in place while depressing the clutch of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his left hip as the direct result of the accident. Prior to the accident, David had injured his left hip while serving on active duty status in the military. Residual effects involving the hip had thus occurred over time, and he experienced intermittent moderate pain in the joint. After the accident, David experienced and continues to experience major pain and a progressive loss of mobility in the left hip. This pain and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, major pain and an accelerated deterioration process involving the left hip have occurred and continue to occur.

- **Left Shoulder** - David's left arm and thus his shoulder were locked in place while holding the steering wheel of his vehicle throughout the impact sequence of the

Exhibit _A_
Page _7_ of _23_

accident. David thus suffered major trauma to his left shoulder as the direct result of the accident. Prior to the accident, David had injured his left shoulder while serving on active duty status in the military as well as suffering a gunshot wound to the upper arm while working for the Juneau City Borough. Residual effects involving the shoulder had thus occurred over time, and he experienced intermittent moderate pain in the joint. After the accident, David experienced and continues to experience major pain and a progressive loss of mobility in the left shoulder. This pain and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, intermittent and severe pain and an accelerated deterioration process involving the left shoulder have occurred and continue to occur.

- **Right Leg** - David's right leg was locked in place depressing the break of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his right leg as the direct result of the accident. Prior to the accident, David had fractured his right leg while serving on active duty status in the military. Residual deterioration of the leg had thus occurred over time, and he experienced intermittent moderate pain in the leg. After the accident, David experienced and continues to experience severe pain and a progressive loss of mobility in the right leg. This pain and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, severe pain and an accelerated deterioration process involving the right leg have occurred and continue to occur.

- **Right Knee** - David's right leg and knee were locked in place depressing the break of his vehicle throughout the impact sequence of the accident. David thus suffered major trauma to his right knee as the direct result of the accident. Prior to the accident, David had injured his right knee while serving on active duty status in the military. Residual deterioration of the knee had thus occurred over time, and he experienced intermittent moderate pain in the knee. After the accident, David experienced and continues to experience severe pain, swelling and a progressive loss of mobility in the right knee. This pain, swelling and loss of mobility inhibit David's ability to perform essential functions in the workplace and conduct normal as well as recreational activities. As the direct result of the accident, severe pain, swelling and an accelerated deterioration process involving the right knee have occurred and continue to occur.

- **Left and Right Sinuses** – David's face and head were thrown violently forward into the airbag of the vehicle he was driving at the time of the accident. His head was then thrown violently backward into the headrest of the vehicle. At the time of the accident David was suffering from a sinus infection. It is thus possible additional trauma occurred to David's left and right sinuses during the accident

which caused severe head pain.  Prior to the accident, David had experienced sinus infections two to three times per year and was prescribed antibiotics to combat the condition.  Additionally, he had undergone sinus surgery.  After the accident, David's sinus condition became much worse with major infections and severe pain occurring on almost a continuous basis throughout the period December 2002 to present.  Although he again underwent sinus surgery after the accident, his sinus condition continued to grow worse.  At present, David continues to experience severe head pain stemming from his sinus condition.  This pain inhibits his ability to function in the workplace as well as conduct normal and recreational activities.  As the direct result of the accident, David's sinus condition was made worse and the severe head pain he is forced to endure has progressively worsened.

- **Muscular Atrophy and Weight Gain** - As the direct result of the accident, David has suffered atrophy to the muscular of his body.  Additionally as the direct result of the accident, he has suffered a major weight gain.  Both conditions are directly attributable to forced inactivity due to bodily injury, and are very harmful to David's health.

- **Medication Side Effects** – As the direct result of the accident, David has been forced to take many psychiatric as well as narcotic pain medications.  The side effects of these medications have rendered him unable to function in a normal manner.

- **Pain and Suffering** – Due to both medical injuries and the effects of trauma incurred to preexisting medical conditions directly attributable to the automobile accident, David's physical and mental health have been negatively impacted to a serious degree.  Due in large part to the accident, David can no longer function in any gainful employment activity and has suffered a major loss in quality of life.

### *Detailed Summary of Injuries / Emma*

Emma's entire life has been altered and all familial relations have been eroded as a result of David's injuries.  David's condition has required her to be a constant care provider and restricted her activities in every respect as well as causing her continuing stress, mental anguish and loss of enjoyment of life.

2.  What complaints do you presently have which you or your doctors directly attribute to the injuries allegedly sustained by you in the incident referred to in your Complaint?  Please describe each complaint in as much detail as that requested in the preceding question, and the witnesses who will testify thereto.

Exhibit _A_
page _9_ of _23_

ANSWER:

***Present Medical Complaints / David***

- **Left Wrist** – David continues to suffer intense, severe, and prolonged pain and swelling and a progressive loss of function and mobility in and around the left wrist since the date of the accident. Full fusion surgery is pending. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Harrah, Dr. Larimer, Dr. Messerschmidt, Dr. Distal, Dr. Ernster, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Veterans Medical Center Puget Sound Washington, Wendy Hughes, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication:* See medical records. *Medication Side Effects:* See medical records.

- **Left Thumb** – David suffered major pain and swelling of the thumb for several weeks after the date of the accident. Upon the thumb completely healing, David's pain subsided. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Harrah, Dr. Larimer, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication:* See medical records. *Medication Side Effects:* See medical records.

- **Broken 9th Rib** – David suffered intense, severe and prolonged pain of the rib at the time of and for several weeks after the date of the accident. For several more months after that the rib remained sore to the touch. Upon the rib completely healing, David's pain subsided. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Harrah, Dr. Larimer, Dr. Messerschmidt, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Concussion** – David continued to suffer intense, severe and prolonged head pain (4-5 times per week), intermittent dizziness, memory loss and loss of mental acuity since the date of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records.*

- **Post Concussion Syndrome** – David continues to suffer intense, severe and prolonged head pain (2-3 times per week), intermittent dizziness, memory loss

and loss of mental acuity since the date of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records    Medication Side Effects: See Medical Records*

- **Whiplash – Strain / Sprain of Neck** – David's neck has remained stiff and sore on an intermittent basis (2-3 times per week) since the date of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records    Medication Side Effects: See Medical Records*

- **Abdomen** – David continues to experience intermittent (4 – 5 days per week) intense pain, cramping, and bloating in the abdomen since the date of the accident. In addition, he has experience prolonged periods of constipation as well as diarrhea and his irritable bowel syndrome has become much worse. If these symptoms continue to persist, David will have to undergo another surgery to address the situation. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records    Medication Side Effects: See Medical Records*

- **Right Forearm** – David continues to experience intermittent (3-4 times per week) moderate to major aching pain in his right forearm since the date of the accident. *Witness / Witnesses:* Dr. Urata, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records    Medication Side Effects: See Medical Records*

- **Right Shoulder** - David continues to experience moderate to major aching pain in his right shoulder since the date of the accident. Dr. Urata, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication. See Medical Records    Medication Side Effects: See Medical Records*

- **Upper and Lower Back** – David continues to suffer intense, severe and constant pain of the back since the date of the accident. Additionally, he continues to

Exhibit *A*
page *11* of *23*

suffer a progressive loss of mobility in the back. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records   Medication Side Effects: See Medical Records*

- **Severe Depression** – David continues to suffer severe depression on a daily nonstop basis since the date of the accident. This condition persists and has been resistant to medication trials to date. David's mental health status renders him totally mentally disabled and unable to work. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records   Medication Side Effects: See Medical Records*

- **Loss of Bladder Control** – David continues to suffer a progressive loss of bladder control since the date of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records   Medication Side Effects: See Medical Records*

- **Left Ankle** - David continues to suffer severe pain and swelling in and around his ankle since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the ankle. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records   Medication Side Effects: See Medical Records*

- **Left Achilles Tendon** - David continues to suffer severe pain and swelling of the Achilles tendon since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the tendon. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah

Exhibit A
page 12 of 23

Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Left Leg** - David continues to suffer severe pain of the left leg since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the leg. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Manuel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records  Medication Side Effects: See Medical Records*

- **Left Knee** - David continues to suffer severe pain and swelling of the left knee since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the knee. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Left Hip** - David continues to suffer severe intermittent pain of the left hip since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the hip. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Left Shoulder** - David continues to suffer severe intermittent pain of the left shoulder since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the shoulder. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote'. John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*



Exhibit A
page 13 of 23

- **Right Leg** - David continues to suffer moderate pain of the right leg since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the leg. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Right Knee** - David continues to suffer severe pain and swelling of the right knee since the date of the accident. Additionally, he continues to suffer a progressive loss of mobility in the knee. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Left and Right Sinuses** - David continues to suffer almost continual intense pain as well as almost constant infection in his left and right sinuses since the date of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Ernster, Dr. Burry, Dr. Mankel, Juneau Urgent Care, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication: See Medical Records Medication Side Effects: See Medical Records*

- **Muscular Atrophy** – David continues to suffer muscular atrophy due to inactivity as the direct result of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication:* See medical records. *Medication Side Effects:* See medical records.

- **Weight Gain** – David continues to suffer a weight gain due to inactivity as the direct result of the accident. *Witness / Witnesses:* Dr. Urata, Dr. Reynolds, Dr. Messerschmidt, Dr. Ernster, Dr. Bozarth, Dr. Mankel, Dr. Stillner, Dr. Ellis, Bartlett Memorial Hospital ER, Juneau Urgent Care, Jeanine Fickert and Marc Schillios, VA Medical Center Spokane, Emma Knight, Wendy Hughes, Dennis Barril, Tom Cote', John Knight, Mark Knight, Joshua Houston, Jeremiah Houston, David Knight Jr., Kathy Hill. *Medication:* See medical records.

Exhibit A
page 14 of 23

- *Medication Side Effects:* See medical records.

3.     Please state the name and address of <u>each</u> physician or medical care provider (of any nature whatsoever) you have seen during the fifteen (15) years preceding and all years subsequent to the incident referred to in your Complaint, and for <u>each</u> medical care provider named, state the reason for the visit, the diagnosis, and the treatment recommended.

<u>ANSWER</u>:

*Medical Care Providers / David*

Maj. John McMillan M.D., Maj. Davis Peterson M.D., Col. Daniel Thomson M.D.
(3-31-87 to 8-12 -88)
Bassett Army Hospital
USAMEDDAC
Fort Wainwright, AK. 99703

Dr. David Miller (3-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Bob Urata (3-29-89 to 10-20-03)
Suite 3001, Bld. B        Valley Medical Care
9309 Glacier Hwy.        3220 Hospital Drive, Suite 100
Juneau, AK. 99801        Juneau, AK. 99801

Dr. Sarah Isto (12-90)
Suite 3001, Bld. B
9309 Glacier Hwy.
Juneau, AK. 99801

Dr. Palmer (12-00 to 1-01)
Bartlett Regional Hospital
3268 Hospital Drive
Suite E
Juneau, AK. 99801

Dr. Lauren Kosinski (1-01)
Bartlett Regional Hospital


Exhibit A
page 15 of 23

*Plaintiff's Response to Defendant's First Interrogatories*          *Page 15 of 38*

3260 Hospital Drive
Juneau, AK. 99801

Dr. David Patterson (6-14-01)
Virginia Mason Medical Center
Seattle, WA. (Specific address unknown)

Dr. John Raster (3-7-02 to 10-28-03)
10301 Glacier Hwy., Suite 100.
Juneau, AK. 99801

Juneau Urgent Care (12-01-93 to 2-6-03)
8505 Old Dairy Road
Juneau, AK. 99801

Dr. Steven Messerschmidt (1-16-03 to 6-20-03)
9309 Glacier Hwy.
Suite B106
Juneau, AK. 99801

Dr. Jon Reiswig (4-4-02)
Salmon Creek Medical Clinic
3231 Glacier Hwy.
Juneau, AK. 99801

Dr. David Kubaneck (6-5-02 to 7-16-02)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Alaska Pulmonary and Sleep Clinic (12-02-02)
Suite C-402
2741 DeBarr Rd.
Anchorage, AK. 99508

Dr. Richard Davis (1-03-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Alan Larimer – (1-24-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801


Exhibit _A_
page _16_ of _23_

*Plaintiff's Response to Defendant's First Interrogatories*     *Page 16 of 38*

Dr. Gregory Dostal (7-15-03)
3225 Hospital Drive
Suite 102
Juneau, AK. 99801

Dr. Charles Ellis (8-19-03 to 4-26-04)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Vernon Stillner (6-1-04 to 6-30-04)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Carl Bonner (10-28-04 to 1-13-05)
St. Joseph Regional Medical Center
Outpatient Mental Health Center
415 6th Street
Lewiston, ID. 83501

Dr. William Mankel (11-23-04 to 9-19-05)
St. Joseph Regional Medical Center
Outpatient Mental Health Center
415 6th Street
Lewiston, ID. 83501

Dr. William Bozarth (12-14-04 to 3-12-05)
338 6th Street
Suite 102
Lewiston, ID. 83501

Dr. Allen Ernster (1-10-05 to Present)
Valley Medical Center
2315 8th Street
Lewiston, ID. 83501

Dr. Jeff Burry (2005, cannot remember specific dates of service)
330 Warner Drive
Lewiston, ID. 83501

Dr. Carl Dettwiler (2-28-05)
Lewis Clark Endoscopy

*Plaintiff's Response to Defendant's First Interrogatories*    *Page 17 of 38*

1630 23rd Avenue
Lewiston, ID. 83501

Jeanine Fickert and Marc Schillios (1-20-05 to Present)
Veterans Medical Center
4815 N. Assembly Street
Spokane, WA. 99205

Tami Biery MPT. (8-10-05 to Present)
St. Joseph Regional Medical Center
Rehabilitation Services
1250 Idaho Street, PO Box 719
Lewiston, ID. 83501

Michael Ward P.T. (12-05)
SPORT Physical Therapy Clinic
328 Warner Drive
Bryden Canyon Center
Lewiston, ID. 83501

Dr. Roger Martinez (1-30-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Huttenlocker (1-13-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. McPherson (1-13-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. Dietrich (1-5-06)
Lewiston Orthopaedic Association PA
320 Warner Drive
Lewiston, ID  83501-4490

*Medical Care Providers / Emma*

Vicky Lott M.D. (Dates unknown)
Valley Medical Center

Exhibit ___A___
page _18_ of _23_

*Plaintiff's Response to Defendant's First Interrogatories*     *Page 18 of 38*

2315 8th Street
Lewiston, ID. 83501

Justine Emerson, N.P. (Dates unknown)
Bob Urata M.D.
Valley Medical Care
3220 Hospital Drive, Suite 100
Juneau, AK. 99801

Dr. Jon Reiswig (4-4-02)
Salmon Creek Medical Clinic
3231 Glacier Hwy.
Juneau, AK. 99801

Dr. David Kuhaneck (6-5-02 to 7-16-02)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

Dr. David Miller (3-03)
Bartlett Regional Hospital
3260 Hospital Drive
Juneau, AK. 99801

See also, persons identified in Plaintiffs' Dislcosure Statement and Preliminary Witness
List.

    4.     Please state the name and address of each medical care facility to which
you have been admitted either as an in-patient or out-patient within the fifteen (15)
years preceding and all years subsequent to the incident referred to in your Complaint,
and for each medical care facility, state the dates of admittance and the reason for
admittance.

        ANSWER:

*Medical Care Facilities / David*

Bassett Army Hospital
USAMEDDAC
Fort Wainwright, AK. 99703
Dates of Admittance: contained in medical records provided or unknown.
Reason: Left knee surgeries.

Exhibit _A_
Page _19_ of _23_

*Plaintiff's Response to Defendant's First Interrogatories*        *Page 19 of 38*

St. Joseph Regional Medical Center
415 6th Street
Lewiston, ID. 83501
Dates of Admittance: contained in medical records provided or unknown.
Reason: Psychiatric Care.

Bartlett Regional Hospital
3268 Hospital Drive
Suite E
Juneau, AK. 99801
Specific Dates of Admittance: contained in records provided or unknown.
Reason: sinus surgery, gall bladder surgery, intestinal surgery, endoscopy, colonoscopy.

Virginia Mason Medical Center
Seattle, WA. (Address unknown)
Dates of Admittance: contained in medical records provided or unknown.
Reason: kidney surgery (stones), colonoscopy.

Desert Hospital
Palm Springs, CA.
(Specific Address Unknown)
Specific Dates of Admittance: 9-03 or 10-03
Reason: Head and left arm injuries sustained as the result of an assault.

Tri-State Memorial Hospital
1221 Highland Avenue
Clarkston, WA. 99403
Specific Dates of Admittance: contained in medical records provided or unknown.
Reason: sinus surgery.

*Medical Care Facilities / Emma*

Bartlett Regional Hospital
3268 Hospital Drive
Suite E
Juneau, AK. 99801
Specific Dates of Admittance: contained in records provided or unknown.
Reason: Surgeries.

See also, medical care providers listed in previous interrogatory responses and facilities listed in Plaintiffs' Preliminary Witness List and reflected in documents produced.

5.     If you are seeking compensation for past income lost as a result of this

Exhibit   *A*
page 20 of 23

*Plaintiff's Response to Defendant's First Interrogatories*     *Page 20 of 38*

incident, please state the gross amount claimed, how you calculate that claim, including the exact dates of work missed and the exact number of hours missed on each day, whether you received any compensation during this time, and from whom, even though you may claim such compensation is a collateral source.

ANSWER:

*Compensation for Past Income Lost / David / Emma*

David: David's loss of earning capacity at present is total since he was forced to take early retirement. Prior to taking early retirement, David's earnings were impacted and reduced by the leave taken and earnings lost as a result of accident related absences. Included in materials produced are leave and personnel records obtained to date for which preliminary calculations indicate the total loss earnings for this period were $13,570.94, not including the value of benefits lost. The estimate of similar lost leave for Emma for the period of the accident until she left State employment related to David's injuries is $4,737.71, not including the value of benefits. David's hourly rate of pay at the time of accident was $22.59 an hour. On a 37.5 work week, that is a weekly income of $847.13 and an annual income of $44,050.50, plus the substantial State benefits. Although David planned to retire in May 2004, and work as a musician and other incidental employment, he was forced to leave in October 2003 because of his medical problems. David lost the income from then until his planned retirement date of May 2004, plus the long-term loss of and effect of his lifetime retirement benefits because of this early departure. A preliminary calculation of David's loss of income as a musician has been previously provided. His loss of income from October 27, 2003 to October 27, 2004 is for 212 days, or 30.29 weeks. At a weekly income of $847.13, this equals $25,659.57, plus the value of benefits for this period. The lifetime value of the decrease in retirement benefits for David as a result of his forced termination with the State has not yet been calculated informally, but is estimated substantial because of the period time over which it will extend.

Emma: In addition to the lost leave taken as a result of David's injuries noted above, Emma's past lost wages extend over a far greater period than David's. With the plan for David to take early retirement in 2004, it was also the family plan that Emma would continue as an active State employee, to retain family income and full State benefits for the family, until approximately March 31, 2014, when she would have been eligible for normal retirement. At her last income of $46,572 (with normal longevity increases) that is a period of about 9.33 years of income loss at $46,572 a year or a total of $434,516.76 plus the loss of valuable benefits for the entire family during this time and retirement benefits after retirement. It will likely require a economist working with the PERS system to calculate the value of lost benefits to both David and Emma, however it has been preliminarily calculated that the inability to continue State employment for an additional year so that she would vest at her salary at the time of termination has resulted in a

Exhibit _A_
_____ *21* ~ *23*

reduction of retirement benefits to Emma of $652 a month for the remainder of her life after she reaches retirement age at 60. This preliminary calculation has previously been provided.

6.   If you claim you have suffered or will suffer an impaired earning capacity as a result of the incident referred to in your Complaint, please state the amount, how it is calculated and each fact upon which this claim is based and the name and address of every person who has knowledge of any such facts.

ANSWER:

*Impaired Earning Capacity / David / Emma*

David has no residual earning capacity at this time and his earnings losses continue into the future. Emma is physically able to return to employment and the financial needs of the family are such that she would if she were able. However David requires a care provider and the family is without the means to presently be able to provide for David's care except by Emma. As a result, Emma is presently without any residual earning capacity in the family's present circumstances and her lost earnings also continue into the future.

7.   For the fifteen (15) years immediately preceding and all years subsequent to the date of the incident referred to in your Complaint, please state, for <u>each</u> job held, of any nature whatsoever, the name and address of your employer, the dates of employment, a description of your work, your average gross and net weekly wages or earnings, and the name and address of your immediate boss, foreman, or other superior to whom you were responsible. Include in your response all the requested details pertaining to any self-employment.

ANSWER:

*Employment History / David*

State of Alaska
Department of Revenue
Permanent Fund Dividend Division
PO Box 110410
Juneau, AK. 99811-0410
Dates of Employment: 12/96 – 10/03
Supervisor(s): Tom Weed, Wendy Hughes / personal addresses unknown.


Exhibit *A*
page 22 of 23

*Plaintiff's Response to Defendant's First Interrogatories*          *Page 22 of 38*

Sheldon E. Winters, AK Bar 8511209

_7-10-06_
Date

_David C. Knight_
David C. Knight

STATE OF ALASKA          )
                         ) ss.
COUNTY OF _Juneau_ )

    THIS IS TO CERTIFY that on the _10_ day of _July_, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska duly commissioned and sworn, personally appeared David C. Knight, to me known and known to me to be the identical individual described and who executed and read the within and foregoing document.

> **State of Alaska**
> OFFICIAL SEAL
> **Amanda Coate**
> NOTARY PUBLIC
> My Commission Expires 8/9/08

_Amanda Coate_
Notary Public in and for Alaska
My Commission Expires: _8/19/06_

_7/10/06_
Date

_Emma Knight_
Emma Knight

STATE OF ALASKA          )
                         ) ss.
COUNTY OF _Juneau_ )

    THIS IS TO CERTIFY that on the _10_ day of _July_, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Emma Knight, to me known and known to me to be the identical individual described and who executed and read the within and foregoing document.

> **State of Alaska**
> OFFICIAL SEAL
> **Amanda Coate**
> NOTARY PUBLIC
> My Commission Expires 8/19/08

_Amanda Coate_
Notary Public in and for Alaska

Exhibit _A_
page _23_ of _23_

*Plaintiff's Response to Defendant's First Interrogatories*          *Page 37 of 38*