Sheldon E. Winters, AK Bar #8511209
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK 99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT and EMMA KNIGHT,<br><br>Plaintiffs,<br><br>vs.<br><br>LINDA M. ZIEGLER,<br><br>Defendant. | Case No. J05-0013 CV (RRB)<br><br>**ORDER** |

COMES NOW the Court, having considered defendant's Motion To Amend Scheduling & Planning Order And Alternatively, Request for Discovery Conference, and having been duly advised;

IT IS HEREBY ORDERED THAT defendants' motion is granted. The Scheduling and Planning Order is amended as follows:

1. Plaintiffs shall have until January 15, 2007 to file expert witness reports. (This is plaintiff's request). [SPO, p. 2, ¶ (4)]

2. Defendant's expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before March 15, 2007. [SPO, p. 2 ¶ (4)]

3. Final revised witness lists shall be served and filed on or before May 13, 2007. [SPO, p. 2 ¶ (5)]

4. All discovery must be scheduled to be completed by June 15, 2007. [SPO, p. 2 ¶ (6)]

5. All motions under the discovery rules filed by July 19, 2007. [SPO, p. 4, ¶ (2)]

6. Dispositive motions and motions *in limine* filed before July 19, 2007. [SPO, p. 4 ¶ (3)]

7. It is estimated this case will require 10 days for trial. [SPO, p. 5]

In all other ways, it is requested the Scheduling Order remain the same.

_9/18/06_       _/s/_
Date       United States District Judge Ralph R. Beistline

The undersigned hereby certifies that on the 15th of September, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Tom Batchelor, Esq.
Batchelor & Associates
9000 Glacier Highway, Suite 303
Juneau, Alaska 99801

/s/ Sheldon E. Winters
0015-105 LW-Order.wpd