T.G. Batchelor
BATCHELOR & ASSOCIATES
9000 Glacier Highway, Suite 3003
Juneau, AK  99801
907/586-9455; FX:  907/463-3603
bpatom@gci.net
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT ) | |
| ) | |
| And ) | |
| ) | |
| EMMA KNIGHT, ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | |
| ) | |
| LINDA M. ZIEGLER, ) | Case No.  J05-0013 CV (RRB) |
| ) | |
|     Defendant. ) | |
| ) | |

## MOTION AND MEMORANDUM TO AMEND SCHEDULING AND PLANNING ORDER

Plaintiffs move the court to amend the Scheduling and Planning Order in this matter because of the increasing complexity of medical and damages issues which have delayed discovery and proceedings in this matter beyond the expectations of counsel.  The proposed amended schedule has been discussed by counsel and it is anticipated that this motion will not be opposed and is necessary because of unanticipated difficulties which have arisen for both parties.

The medical records collection efforts of the parties have been difficult and delayed because of the large number of facilities and providers involved and the

*David and Emma Knight v. Linda M. Ziegler*
Motion and Memorandum to Amend Scheduling and Planning Order
Case No. .:  J05-0013 CV (RRB)                                    Page 1

difficulty of obtaining records from some facilities.  In addition, plaintiff David Knight has been under continuing treatment which has most recently included a complete fusion of his wrist and on-going electro-convulsive shock treatments, the complete records of which are not yet available.  Only recently, the parties have exchanged approximately 6000 pages of pertinent medical records from multiple facilities.

Further, many records previously in the possession of plaintiffs were lost, destroyed or misplaced in the process of their move from Alaska to Idaho, while dealing with the medical problems referred to above.  This has required reconstruction of some records from multiple facilities, which has been met with resistance and has been much more time consuming for all parties than anticipated.

For these reasons, the parties have not been able to complete discovery or trial preparation and plaintiffs request that the Scheduling and Planning Order in the present case be amended as follows:

1) Defendant's expert witness disclosures in accordance with Rule 26 (a) (2) must be made on or before January 5, 2008 and expert witness reports filed on or before January 5, 2008.

2) The final revised witness lists shall be served and filed on or before March 15, 2008.

3)  All discovery must be schedule to be completed by April 15, 2008.

4)  All motions under the discovery rules shall be filed by May 15, 2008.

*David and Emma Knight v. Linda M. Ziegler*
Motion and Memorandum to Amend Scheduling and Planning Order
Case No.:  J05-0013 CV (RRB)                Page 2

difficulty of obtaining records from some facilities.  In addition, plaintiff David

    5)  Dispositive motions and motions *in limine* shall be filed on or before

        May 15, 2008.

    6)  It is estimated this case will require 10 days for trial .

Plaintiffs do not believe a discovery conference is mandated or necessary under LR 16.1(c) (3)[B] because this request is not simply a matter of requesting an extension to complete discovery but rather a request to amend the scheduling order for the reasons stated above.  Alternatively, should the Court believe a conference is required, plaintiffs respectfully request the same.

DATED THIS ____ day of September, 2007.

By: _____
T.G. Batchelor, Attorney for Plaintiff.
AK Bar No. 7510057

**CERTIFICATE OF SERVICE**

This is to certify that on this ____ day of September 2007, I caused a copy of the foregoing to be electronically served to the following attorneys of record:

Sheldon Winters
Lessmeier & Winters
3000 Vintage Boulevard, Suite 100
Juneau, AK 99801

_____
T.G. Batchelor

*David and Emma Knight v. Linda M. Ziegler*
Motion and Memorandum to Amend Scheduling and Planning Order
Case No. .:  J05-0013 CV (RRB)                              Page 3

**Law Offices**
**BATCHELOR & ASSOCIATES, P.C.**
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone (907) 586-9455 Fax: (907) 463-3602