1   T.G. Batchelor & Associates
    BATCHELOR & ASSOCIATES
2   9000 Glacier Highway, Suite 3003
3   Juneau, AK  99801
    907/586-9455; FX:  907/463-3603
4   bpatom@gci.net
    Attorney for Plaintiffs
5

6               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA AT JUNEAU
7

8   DAVID C. KNIGHT                 )
    And                             )
9   EMMA KNIGHT,                    )        Case No. .:  J05-0013 CV (RRB)
                                    )
10                                  )
              Plaintiffs,           )
11                                  )
                                    )
12         v.                       )
                                    )
13  LINDA M. ZIEGLER,               )
                                    )
14                                  )
              Defendant.            )
15  _____)

16

17                            **ORDER**

18       The Court, having considered plaintiffs' Motion and Memorandum to Amend

19  Scheduling and Planning Order, and having been duly advised in the premises;

         IT IS HERBY ORDERED that the Defendants motion is GRANTED.  The
20

21  Scheduling and Planning Order is amended as follows:

22      1)  Defendants expert witness disclosures in accordance with Rule 26 (a) (2)

23          shall be made on or before January 5, 2008 and expert witness reports served

24          and filed on or before January  5, 2008.

        2)  Final revised witness lists shall be served and filed on or before March 15,
25

26          2008.

27       3)  All discovery must be scheduled to be completed by April 15, 2008.

    *Motion*
    *Knights v. Ziegler; Case No.* J05-0013 CV (RRB)

                                              Page 1 of 2

LAW OFFICES
**BATCHELOR & ASSOCIATES**
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603

1    4)  All motions under the discovery rules shall be filed by May 15, 2008.

2    5)  Dispositive motions and motions *in limine* shall be filed on or before May

3       15, 2008.

4    6)  It is estimated this case will require 10 days for trial.

5            DATED THIS ___ day of September, 2007.

By: _____
T.G. Batchelor, Attorney for Plaintiffs
AK Bar No. 7510057

By: _____
Ralph R. Beistline
United States District Court Judge

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT on this__ day of September, 2007, I caused a copy of the foregoing to be electronically served on:

Sheldon Winters
Lessmeier & Winters
3000 Vintage Boulevard, Suite 100
Juneau, AK  99801

_____
T.G. Batchelor

LAW OFFICES
**BATCHELOR & ASSOCIATES**
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603

*Motion*
*Knights v. Ziegler; Case No.* J05-0013 CV (RRB)