Sheldon E. Winters, AK Bar #8511209
LESSMEIER & WINTERS
3000 Vintage Blvd., Suite 100
Juneau, AK  99801
907-796-4999; FX: 907-796-4998
l-w@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT and
EMMA KNIGHT,

                Plaintiffs,

vs.

LINDA M. ZIEGLER,

                Defendant.

Case No.  J05-0013 CV (RRB)

**NON-OPPOSITION TO MOTION TO AMEND SCHEDULING AND PLANNING ORDER**

Defendant does not oppose plaintiffs' Motion to Amend Scheduling and Planning Order.

DATED this 24th day of September, 2007, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant

By: /S/ Sheldon E. Winters
Sheldon E. Winters, AK Bar 8511209
Attorneys for Defendant

The undersigned hereby certifies that on the 24th of September, 2007, a copy of the foregoing document was electronically served to the following attorneys of record:

Tom Batchelor, Esq.
Batchelor & Associates
9000 Glacier Highway, Suite 303
Juneau, Alaska  99801
/s/ Sheldon E. Winters
0015-105 Non-Opp Amnend Sched-Plng Order.wpd