IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

DAVID C. KNIGHT )
)
And )
)
EMMA KNIGHT, )
      Plaintiffs, )
)
  v. )
)
LINDA M. ZIEGLER, )   Case No. J05-0013 CV (RRB)
)
      Defendant. )
_____)

## **STIPULATION FOR DISMISSAL**

COME NOW the parties in the above captioned matter and stipulate and agree to the dismissal of this case, with prejudice, with each party to bear their own attorney fees and costs.

DATED this 6th day of June, 2008.

By: _____
   T.G. Batchelor, Attorney for Plaintiffs
   David and Emma Knight
   Alaska Bar No.: 7510057

By:  (Consent)
   Sheldon E. Winters, Attorney for Defendant
   Linda M. Ziegler
   Alaska Bar No.: 8511209

*David and Emma Knight v. Linda M. Ziegler*
Stipulation for Dismissal
Case No.: J05-0013 CV (RRB)      Page1

LAW OFFICES
**BATCHELOR & ASSOCIATES**
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603