LAW OFFICES
**BATCHELOR & ASSOCIATES**
A Professional Corporation
9000 Glacier Highway, Suite 303
Juneau, AK 99801
Telephone No.: (907) 586-9455
Facsimile No. (907) 463-3603

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| DAVID C. KNIGHT ) | |
| ) | |
| And ) | |
| ) | |
| EMMA KNIGHT, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LINDA M. ZIEGLER, ) | Case No. J05-0013 CV (RRB) |
| ) | |
|     Defendant. ) | |
| _____) | |

## **JUDGMENT OF DISMISSAL**

The parties having stipulated to the dismissal of the above captioned matter, with prejudice, with each party to bear its own costs and attorney fees, and the court being advised of the premises,

IT IS SO ORDERED.

        DATED this ____day of June, 2008.


        By: _____
           Ralph R. Beistline
           Judge, Federal District Court of Alaska

*David and Emma Knight v. Linda M. Ziegler*
Judgment of Dismissal
Case No.: J05-0013 CV (RRB)        Page1